**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NEW ENGLAND DONOR SERVICES, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | No. 1:25-cv-04329-SLS |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs New England Donor Services, Inc., Gift of Life Michigan, We Are Sharing Hope SC, and Donor Network of Arizona move for summary judgment on all counts of their Amended Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiffs rely on the materials submitted with their Amended Complaint, the accompanying memorandum of law, and the agency's certified administrative record, which will be submitted with the parties' joint appendix when briefing is completed. *See* LCvR 7(n)(2).

1

Dated:  March 20, 2026

Respectfully submitted,

By: */s/ Alexander V. Sverdlov*
Alexander V. Sverdlov
DC Bar No. 90036558
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
aleks.sverdlov@hoganlovells.com

Aaron R. Crane*
Texas Bar No. 24050459
HOGAN LOVELLS US LLP
609 Main St, Suite 4200
Houston TX 77002
Telephone: (713) 632-1400
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com
*Admitted pro hac vice*

*Attorneys for Plaintiffs New England Donor Services, Inc., Gift of Life Michigan, We Are Sharing Hope SC, and Donor Network of Arizona*

2